**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & HERBE, LTD.**
139 E. Warm Springs Rd., Suite 200
Las Vegas, Nevada 89119
(702) 966-5690
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NIGHTS AT VEGAS, INC., a Nevada Corporation,<br><br>      Plaintiff<br><br>vs.<br><br>DONALD J. TRUMP, TRUMP RUFFIN LLC, TRUMP RUFFIN TOWER I LLC, and Does 1-10 inclusive,<br><br>      Defendants. | Case No. : 2:08-cv-00122-RLH-(PAL)<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL OF ALL CLAIMS WITHOUT PREJUDICE** |

NOW COMES the Plaintiff, NIGHTS AT VEGAS, INC., by and through its counsel of record ADAM J. BREEDEN, ESQ. of the law firm BREEDEN & HERBE, LTD. and pursuant to F.R.C.P. 41(a) does hereby voluntarily dismiss this action in its entirety against all Defendants.  Said dismissal is made without prejudice.

Dated this 13ᵗʰ day of May, 2008:

BREEDEN & HERBE, LTD.

ADAM J. BREEDEN, ESQ.
Nevada Bar No. 008768
**BREEDEN & HERBE, LTD.**
139 E. Warm Springs Rd., Suite 200
Las Vegas, Nevada 89119
(702) 966-5690
*Attorneys for Plaintiff*

BREEDEN & HERBE, LTD.
139 E. WARM SPRINGS RD., SUITE 200
LAS VEGAS, NEVADA 89119